IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CASTAWAY POINTE, LLC, a Nebraska limited liability company;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF PLATTSMOUTH, a political subdivision of the State of Nebraska;<br><br>　　　　　Defendant. | 8:12CV211<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

The motion to withdraw filed by W. Patrick Betterman, Lindsay E. Pedersen, and the law firm of W. Patrick Betterman P.C., L.L.O. as counsel of record on behalf of Plaintiff Castaway Pointe, LLC, (filing no. 29), is granted.

May 1, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge